UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TONY DALE PENWELL,

    Plaintiff,

    v.

SCOTT FRAKES,

    Defendant.

Case No. C11-1452RSL

ORDER TO SHOW CAUSE

On April 27, 2012, the Honorable Brian A. Tsuchida, United States Magistrate Judge, issued his Report and Recommendation in the above-captioned matter. The Report and Recommendation was mailed to plaintiff, but was returned unopened on May 3, 2012, as plaintiff apparently no longer resides at the address on file with the Court.

The Clerk of Court is directed to strike the Report and Recommendation from the Court's motion calendar and to note a "Rule 41 dismissal proceeding" on the calendar for July 13, 2012. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Rule 41(b)(2).

DATED this 9th day of May, 2012.

                                                                                                    */s/ Robert S. Lasnik*
                                                                                                Robert S. Lasnik
                                                                                                United States District Judge

ORDER TO SHOW CAUSE - 1