UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TONY DALE PENWELL,

                Petitioner,

   v.

SCOTT FRAKES,

                Respondent.

Case No. C11-1452-RSL

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

The Court, having reviewed the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Petitioner's petition for writ of habeas corpus (Dkt. No. 4) is **DENIED** and this action is **DISMISSED** with prejudice.

    (3)    In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is **DENIED**.

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 1

(4)     The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Brian A. Tsuchida.

DATED this 12th day of May, 2014.

Robert S. Lasnik
United States District Judge

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 2